NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KRAIG RICHARD CONSTANTINO,       )
                                 )
              Appellant,          )
                                 )
v.                               )        Case No. 2D18-50
                                 )
STATE OF FLORIDA,                )
                                 )
              Appellee.           )
_____ )

Opinion filed February 13, 2019.

Appeal from the Circuit Court for Pasco
County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                Affirmed.



LaROSE, C.J., and SALARIO and BADALAMENTI, JJ., Concur.